Electronically Filed
 Supreme Court
 SCWC-28358 SCWC-28358
 03-MAR-2014
 IN THE SUPREME COURT OF THE STATE OF HAWAI#I
 10:53 AM

 PILA#A 400, LLC,
 Petitioner/Appellant-Appellant,

 vs.

 BOARD OF LAND AND NATURAL RESOURCES and
 DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAI#I,
 Respondents/Appellees-Appellees.

 CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
 (ICA NO. 28358; CIV. NO. 05-1-0103)

 ORDER OF CORRECTION
 (By: Pollack, J.)

 IT IS HEREBY ORDERED that the Opinion of the Court,

filed on February 14, 2014, is corrected as follows:

 1. On page 66, line 3:

 Change “December 21, 2012” to “January 18, 2013”

 The Clerk of the Court is directed to take all

necessary steps to notify the publishing agencies of these

changes.

 DATED: Honolulu, Hawai#i, March 3, 2014.

 /s/ Richard W. Pollack

 Associate Justice